**Brandon GARRETT, Petitioner–Appellant,**

v.

**John MARSHALL, Warden and Michael S. Evans, Respondents–Appellees.**

No. 09–55432.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed May 26, 2011.

Brandon Garrett, Woodland Hills, CA, pro se.

Charles Chung, Deputy Attorney General, Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

California state prisoner Brandon Garrett appeals from the district court's judgment denying his 28 U.S.C. § 2241 habeas petition.

This court has received and reviewed Garrett's responses to the orders to show

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cause filed on September 16, 2010 and February 14, 2011.

Garrett has completed his custodial sentence and was discharged from parole. Accordingly, Garrett's appeal, in which he requests the restoration of good time credits, must be dismissed as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999). All pending requests are denied.

**DISMISSED.**